Eugene F. EVARTS, Monrova S. Evarts, and Eugene K. Evarts, Appellants,

v.

C. J. JONES, C. S. Jones, Jones Brothers, C. J. Jones & Associates, et al., Appellees.

No. 14761.

United States Court of Appeals Ninth Circuit.

Dec. 9, 1955.

Rehearing Denied Jan. 23, 1956.

Elon G. Galusha, Los Angeles, Cal., for appellants.

Clock, Waestman & Clock, Long Beach, Cal., for appellees.

Before HEALY, BONE, and CHAMBERS, Circuit Judges.

PER CURIAM.

This case is here on a judgment of dismissal of appellants' complaint for want of jurisdiction.

The complaint shows affirmatively that all parties, both plaintiff and defendant, are citizens and residents of the State of California. The suit has to do only with a controversy arising out of the construction of a conditional sales contract, presenting no federal question.

Affirmed.